IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| COASTAL SEAL SERVICES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>OFFSHORE SERVICE VESSELS, LLC,<br>f/k/a EDISON CHOUEST OFFSHORE,<br>INC.,<br><br>   Defendant. | C.A. No.: 5:22-cv-00117 |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff Coastal Seal Services, LLC, by and through its undersigned counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby gives notice of its voluntary dismissal without prejudice against Defendant Offshore Service Vessels, LLC f/k/a Edison Chouest Offshore, Inc.

THIS the 20th day of September, 2022.

            ROSENWOOD, ROSE & LITWAK, PLLC

            By: /s/ Erik M. Rosenwood
            Erik M. Rosenwood (NC Bar No. 28049)
            1712 Euclid Avenue
            Charlotte, NC 28203
            Telephone: 704-228-8578
            Fax: 704-371-6400
            erik@rosenwoodrose.com
            *Attorneys for Plaintiff*

1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, thus serving a copy on counsel of record as follows:

Kent Morrison
Carlos Saravia
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130

-and-

Christy Maple
Phelps Dunbar, LLP
4141 ParkLake Avenue, Suite 530
Raleigh, NC 27612

*Counsel for Defendant*

This the 20th day of September, 2022.

/s/ Erik M. Rosenwood
Erik M. Rosenwood
1712 Euclid Avenue
Charlotte, NC 28203
T: 704-228-8578
*Attorney for Plaintiff*